UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATASHA LEEANN DENNARD,

    Petitioner,                              Civil Action No. 09-CV-10286

vs.                                              HON. BERNARD A. FRIEDMAN

MILLICENT WARREN,

    Respondent.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Magistrate Judge Paul J. Komives has submitted a Report and Recommendation ("R&R") in which he recommends that the court deny petitioner's application in this matter for a writ of habeas corpus. The magistrate judge also recommends that the court decline to issue a certificate of appealability. Neither party has filed objections, and the time for doing so has expired.

The court has reviewed the file and the R&R. The court is satisfied that the magistrate judge has correctly analyzed all of the issues and that his recommendations are sound. Accordingly,

IT IS ORDERED that Magistrate Judge Komives' Report and Recommendation is hereby accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that the petition in this matter for a writ of habeas corpus is denied.

IT IS FURTHER ORDERED that no certificate of appealability shall issue in this

case.

                                                  S/Bernard A. Friedman_____
                                                  BERNARD A. FRIEDMAN
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Dated: August 19, 2010
       Detroit, Michigan